```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CARLOS CRUZ,

                              Plaintiff,

          - against -

BEIGNET, INC., et al.,

                            Defendants.
-------------------------------------------------------------X

17-CV-9528 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Following multiple extensions, the deadline for the parties to submit a proposed settlement agreement and fairness letter expired as of October 15, 2019.  Neither party has done anything to advance the ball since then.  Accordingly, by February 22, 2021, Plaintiff shall show cause in writing why this case should not be dismissed for failure to prosecute.  Absent a response, the case will be dismissed.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: February 8, 2021
       New York, New York

Copies transmitted this date to all counsel of record.

1