```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLOS CRUZ,                                                :
                                                            :    17-CV-9528 (RWL)
                        Plaintiff,                          :
                                                            :    ORDER
        - against -                                         :
                                                            :
BEIGNET, INC., et al.                                       :
                                                            :
                        Defendants.                         :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the show cause hearing on September 15, 2022, any application for attorney's fees and costs related to obtaining default judgment shall be filed by Plaintiff by October 15, 2022. Absent filing of such application, the Court will proceed in entering default judgment without an award of fees and costs.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   September 15, 2022
         New York, New York

Copies transmitted to all counsel of record.